IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERIKA B. WASHINGTON<br><br>    Plaintiff<br><br>vs.<br><br>ASSET ACCEPTANCE, LLC<br><br>    Defendant | CIVIL ACTION NO.:  L09-CV-2818-JKB |

## NOTICE OF SETTLEMENT

NOW COME the Plaintiff, ERIKA B. WASHINGTON, and Defendant, ASSET ACCEPTANCE, LLC, by and through the undersigned counsel and hereby inform the Court that they have reached settlement of the present matter and are in the process of finalizing settlement, which parties anticipate will be finalized within the next 40 days.

The parties therefore jointly request that this Honorable Court vacate all dates currently set on calendar for the present matter.

| | |
|---|---|
| THE LAW OFFICES OF<br>    DAVID BOKENO, LLC | THE LAW OFFICES OF RONALD S. CANTER, LLC |
| /s/ David E. Bokeno | /s/ Birgit Dachtera Stuart |
| David E. Bokeno, Esquire | Birgit Dachtera Stuart |
| Bar No. 25492 | Bar No. 17420 |
| 205 East 28th Street | 11300 Rockville Pike, Suite 1200 |
| Baltimore, MD 21218 | Rockville, MD 20852 |
| Telephone:  443-987-0006 | Telephone:  301-770-7490 |
| Facsimile:  410-569-2841 | Facsimile:  301-770-7493 |
| E-Mail:  david@davidobkeno.com | E-Mail:  bstuart@roncanterllc.com |
| Attorney for Plaintiff | Attorney for Defendant |

<u>CERTIFICATE OF SERVICE</u>

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual listed below by Electronic Notification on May 24th, 2010 to:

> David E. Bokeno, Esquire
> The Law Offices of David Bokeno, LLC
> 205 East 28th Street
> Baltimore, MD 21218
> Attorney for Plaintiff

> /s/ Birgit Dachtera Stuart
> _____
> Birgit Dachtera Stuart, Esquire
> Attorney for Defendant